UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENISE M. WATTS,

    Plaintiff,

v.                                                         Case No. 8:11-cv-1771

NATIONAL ENTERPRISE SYSTEMS, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, by and through undersigned counsel, hereby files this Notice of Settlement, stating that the parties have reached an agreement in principal with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                              Respectfully submitted,

                                              /s/ Joseph B. Battaglia
                                              Joseph B. Battaglia, Fla. Bar No.: 0058199
                                              joe@brandonlawyer.com
                                              THE GOLDEN LAW GROUP
                                              808 Oakfield Drive, Suite A
                                              Brandon, Florida 33511
                                              Telephone: (813) 413-8700
                                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, on this 24th day of September 2011, a true and correct copy of the foregoing has been electronically provided to: Melanie L. Frankel, Esq., mfrankel@sdtlawyers.com.

                                              /s/ Joseph B. Battaglia
                                              Joseph B. Battaglia, Fla. Bar No.: 0058199