**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DENISE M. WATTS
    Plaintiff,

vs.

                                            Case No. 8:11-cv-1771-T-17MAP

NATIONAL ENTERPRISE SYSTEMS, INC.,
ETC.
    Defendants.
_____/

## Plaintiff's Notice of Voluntary Dismissal with Prejudice

    COMES NOW the Plaintiff, DENISE M. WATTS, through and by her undersigned attorney, voluntarily discontinues the above entitled action and dismisses the Complaint with prejudice.

Dated:    November 10, 2011        Respectfully submitted,

                                                    /s/ Joseph B. Battaglia
                                          G. DONALD GOLDEN, ESQUIRE
                                          Florida Bar No. 0137080
                                          E-Mail: don@brandonlawyer.com
                                          JOSEPH B. BATTAGLIA, ESQUIRE
                                          Florida Bar No. 0058199
                                          E-Mail: joe@brandonlawyer.com
                                          DAVID S. BROMLEY, ESQUIRE
                                          Florida Bar No. 0155349
                                          E-Mail: david@brandonlawyer.com
                                          THE GOLDEN LAW GROUP
                                          808-A Oakfield Drive
                                          Brandon, Florida   33511
                                          Telephone:  (813) 413-8700
                                          Facsimile:   (813) 413-8701
                                          Attorney for Plaintiff